UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| DON ANDERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE PEOPLE'S BANK,<br><br>Defendant. | Case No. 3:12cv00483 |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, in the above-referenced action, all of Plaintiff's claims against Defendant are dismissed with prejudice.

Each party shall bear their own respective costs and fees with respect to this matter.

Respectfully submitted,

**REEVES, HERBERT & ANDERSON, P.A.**

By: /s/ Heather G. Anderson
    Heather G. Anderson (BPR # 019408)
    Tyson Place, Suite 130
    2607 Kingston Pike
    Knoxville, TN 37919
    (865) 540-1977 (t)
    Counsel for Plaintiff

**PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.**

By: s/ Susanne Lodico
    Susanne Lodico
    537 Market Street, Suite 202
    Chattanooga, TN 37402
    (423) 756-7117
    Counsel for Defendant